UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                     CRIMINAL NO. 11-20677

vs.                                 HONORABLE JULIAN ABELE COOK

LATOYA PERRY,

        Defendant.
_____/

### DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

    I, LATOYA PERRY, defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1 - Distribution of Controlled Substance:

    20 years imprisonment and/or a $1,000,000 fine

FILED
NOV 03 2011
CLERK'S OFFICE
DETROIT

_____
LATOYA PERRY
Defendant

### ACKNOWLEDGMENT OF DEFENSE COUNSEL

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
ANDREW N. WISE

Dated:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                NO. 11-20677

-vs-

                                HON. JULIAN ABELE COOK

LATOYA PERRY,

        Defendant.
_____/

**WAIVER OF INDICTMENT**

FILED
NOV 0 3 2011
CLERK'S OFFICE
DETROIT

    I, LATOYA PERRY, the defendant in this case, understand that I am being charged with the following offense: Distribution of Controlled Substance in violation of 21 U.S.C. § 841(a). I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive my right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

                                                        LATOYA PERRY
                                                        Defendant

                                                        ANDREW N. WISE

Date: 11/3/11
                                                        Attorney for Defendant