July 23/20

Dear Your Honor,

I pray and hope that all is well. I am in Tallahassee and we have Confirmed Covid Cases. I am Concerned about my health and wanted to ask if you could please Consider me going home Finishing the Rest of my time on Home Confinement. I have done over half of my prison time and have changed my ways for the better. Since I've been here at Tallahassee, I've been programming and no violent Record. My Mother Really need me at home to take Care of her. She had 5 kids and only one child is out in the world with her and that's my sister Tamika Perry. My sister has been in and out of the hospital because of heart problems so there is little she can do to help my Mom. Before I was sentenced to this time 15 years for less than 100 grams of Crack, I wrote to my Judge begging for another chance because I knew my family needed me. Since I've been gone I've lost my Father, my lil Sister, my lil Brother and my kid's Father. I've suffered but I learned how to change the way I think thru my hardships. If you can find it in your heart to help me get home or if there is a way will you please help me. I love my mother and once I get home Rather an early Release or not I will be Committed to helping out as much as I can with the Community as well as family. I do