have a safer home that I can go home to and that is my sisters. Thank you so much for your time.,

Ms. La Toya Perry