TRULINCS 45598039 - PERRY, LATOYA LAVANDA - Unit: TAL-B-N

---

FROM: Warden
TO: 45598039
SUBJECT: RE:***Inmate to Staff Message***
DATE: 01/16/2020 12:07:02 PM

You may speak with your Unit Team.

>>> ~^!"PERRY, ~^!LATOYA LAVANDA" <45598039@inmatemessage.com> 1/3/2020 6:06 PM >>>
To: ACTING or ASSIGNED
Inmate Work Assignment: AM YARD

I would like to request Compassionate Release in pursuance of 18 U.S.C 3582 (C)(1)(A). I was sentenced to a total of 188 months of imprisonment for a non-violent offense. I am seeking relief under the "extraordinary and compelling reasons" of the U.S.S.G 1B1.13. The U.S.S.G has not been amended since the passage of the amended 3582 in the First Step Act. I have not been afforded any relief through the courts for the "Cocaine base" that was used in my case. If I were to be sentenced in the courts now my Guideline range would be significantly lower due to the retroactiveness of the Fair Sentencing Act 2010. I am a non-violent offender that is not a danger to any other person or the community. I meet all the 3553(a) factors in determining a compassionate release. I have completed the Residential Drug Abuse Program, and several rehabilitative programs while being incarcerated. I have a release plan address to reside with my sister Tamika Perry at 20051 Bentler Street, in Detroit Michigan. I am needed in the home to be a caregiver for my mother who is suffering with health issues. Tamika is the only caregiver at this time and she is suffering from heart disease as well. If you would take into consideration of granting me Compassionate Release it would be greatly appreciated. Thank you in advance.